

"UNDER SEAL"
IN COURT
CHARLOTTE, N. C.

JUN 28 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:05CR376-C |
| v. | ORDER SEALING THIRD SUPERSEDING BILL OF INDICTMENT |
| (1) GEORGE DIRI, a/k/a "G" <br> (5) ZEYAD DIRI, a/k/a "Z" and <br> (6) THOMAS HERNANDEZ FUNDERBURK, a/k/a "T-Bird" | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and the Third Superseding Bill of Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 28th day of June, 2006.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE